UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AIRE TECHNOLOGY LTD.,<br><br>  Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>  Defendants. | Case No. 6:21-cv-955-ADA<br><br>**JURY TRIAL DEMANDED** |
| AIRE TECHNOLOGY LTD.,<br><br>  Plaintiff,<br><br>v.<br><br>APPLE INC.<br><br>  Defendant. | Case No. 6:21-cv-1101-ADA<br><br>**JURY TRIAL DEMANDED** |
| AIRE TECHNOLOGY LTD.,<br><br>  Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 6:21-cv-1104-ADA<br><br>**JURY TRIAL DEMANDED** |

**MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff Aire Technology Ltd. and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Apple Inc. and Google LLC (collectively, the "Parties") agree there will be confidential information exchanged in this case. Accordingly, the Parties respectfully request that the Court enter the agreed proposed Protective Order, attached hereto as Exhibit A.

Dated: April 25, 2022

By: */s/ Brett Cooper*
Brett E. Cooper (NY SBN 4011011)
bcooper@raklaw.com
Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Seth Hasenour (TX SBN 24059910)
shasenour@raklaw.com
Drew B. Hollander (NY SBN 5378096)
dhollander@raklaw.com

**RUSS AUGUST & KABAT**
12424 Wilshire Blvd., 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff Aire Technology Ltd.*

Respectfully submitted,

By: */s/ Daniel W. Richards*
James R. Batchelder (*pro hac vice*)
Andrew N. Thomases (admitted in W.D. Tex)
Andrew T. Radsch (*pro hac vice*)
Daniel W. Richards (*pro hac vice*)
**ROPES & GRAY LLP**
1900 University Avenue 6th Floor
East Palo Alto, CA 94303-2284
Tel: (650) 617-4000
Fax: (650) 617-4090
Email: James.batchelder@ropesgray.com
Email: Andrew.thomases@ropesgray.com
Email: Andrew.radsch@ropesgray.com
Email: Daniel.richards@ropesgray.com

Cassandra B. Roth (*pro hac vice*)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Tel: (212) 596-9000
Fax: (212) 596-9090
Email: Cassandra.roth@ropesgray.com

J. Stephen Ravel
Texas State Bar No. 16584975
**KELLY HART & HALLMAN LLP**
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
Email: steve.ravel@kellyhart.com

*Attorneys for Defendant APPLE INC.*

By: */s/ Ralph A. Phillips*
David M. Hoffman
Texas Bar No. 24046084
hoffman@fr.com
111 Congress Avenue, Suite 810
Austin, TX 78701
Tel: (512) 472-5070
Fax: (512) 320-8935

2

Michael J. McKeon (*pro hac vice*)
New York Bar No. 2793883
mckeon@fr.com
Ralph A. Phillips (*pro hac vice*)
DC Bar No. 475571
rphillips@fr.com
Daniel A. Tishman
DC Bar No. 1013923
tishman@fr.com
Sun Young Park (*pro hac vice*)
New York Bar No. 5412739
apark@fr.com
1000 Maine Avenue, SW, Suite 1000
Washington, DC 20024
Tel: (202) 783-5070
Fax: (202) 783-2331

*Counsel for Defendants,*
*Samsung Electronics Co., LTD. and*
*Samsung Electronics America, Inc.*


By: */s/ Robert W. Unikel*
Robert W. Unikel (*pro hac vice*)
robertunikel@paulhastings.com
Matthew Lind (*pro hac vice*)
matthewlind@paulhastings.com
John A. Cotiguala (*pro hac vice*)
johncotiguala@paulhastings.com
**PAUL HASTINGS LLP**
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

Matthias A. Kamber (*pro hac vice*)
matthiaskamber@paulhastings.com
**PAUL HASTINGS LLP**
101 California Street, Forty-Eighth Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Ariell N. Bratton (*pro hac vice*)
ariellbratton@paulhastings.com
**PAUL HASTINGS LLP**

3

4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Raymond W. Stockstill (*pro hac vice*)
beaustockstill@paulhastings.com
**PAUL HASTINGS LLP**
695 Town Center Drive, Seventeenth Floor
Costa Mesa, CA 92626
Telephone: (714) 668-6200
Facsimile: (714) 979-1921

Joshua Yin (*pro hac vice*)
joshuayin@paulhastings.com
**PAUL HASTINGS LLP**
1117 S. California Avenue
Palo Alto, CA 94304
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Paige Arnette Amstutz
State Bar No.: 00796136
pamstutz@scottdoug.com
**SCOTT, DOUGLASS & MCCONNICO, LLP**
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399

*Counsel for Defendant Google LLC*

5

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document is being served through CM/ECF on April 25, 2022.

                                                */s/ Drew Hollander*
                                                Drew B. Hollander